Request for Suspension Plan Payments due to loss
income as a result of the Corona Virus 19

I/we _Gwendolyn Mass_ debtor(s) in case number
_20-10247_ request a 3 month suspension of plan payment due to loss income as a result of the Corona 19 Virus. I/We attach proof of loss income.

CHOOSE THE FOLLOWING THAT APPLIES TO YOU

____✓____ Loss of Income and/or Reduction in hours (In a separate letter from your employer on their letterhead, please state the date of reduction in hours began and the number of hours decreased per paycheck. If you are unable to a provide your reason on letterhead, please attach two check stubs that show the normal amount you usually get paid and a check stub that shows your reduced hours AND state on your own letter the above, as well as WHY you are not able to provide a letter from your employer on company letterhead)

_____ Terminated (Please state the date of your last paycheck and include a copy of your last paycheck) Date of last check stub _____

_____ Self-employed (If you are self-employed, list the type of work and why you have an income loss. You must provide a new profit and loss for the last 4 months (January through April)).

Failure to provide the above information will result in denial of your request.

Case Number 20-10247

OFFICE USE ONLY

Your request has been

✓ _____ Granted

_____
C/A initials _PSB_

_____ Denied

_____
C/A initials

_____ Information was not furnished

_____ Plan payments were behind before the request was received. Please contact bankruptcy attorney for further instruction.