**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: GWENDOLYN MAR            CASE NO. 20-10247; SEC A
                                                       CHAPTER 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW INTO COURT, through undersigned counsel, comes U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST, AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a mortgage affecting certain property located in Gretna, Louisiana. The note and mortgage is payable in monthly installments.

2.

At the time of filing this case on January 31, 2020, Debtor owed Creditor a total secured claim in the amount of $24,845.89. Creditor filed a Proof of Claim on April 9, 2020.

3.

The plan of the Debtor proposes to pay U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST, AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES, a total secured claim in the amount of $20,537.09 at 0.00% interest. The plan should provide for payment of the total secured claim owed to Creditor at the time the order for relief was entered.

4.

The maturity date on the note is July 5, 2021. Creditor is entitled to be paid the total secured claim amount of $24,845.89 at the contract interest rate of 6.9%. Creditor requests that the plan be amended to provide for the full amount of the secured claim at the contract interest rate. The loan is not escrowed for taxes and insurance at this time. Creditor requests that the plan provide that the Debtor be responsible for maintaining and paying her own taxes and insurance.

5.

For the foregoing reason, Creditor objects to the confirmation of the plan proposed by the Debtor.

WHEREFORE, CREDITOR PRAYS that confirmation of the Chapter 13 plan proposed by the Debtor herein be denied by the Court.

> DEAN MORRIS, L.L.C.
> 1820 Avenue of America
> P. O. Box 15270
> Monroe, LA 71207-5270
> (318) 388-1440
>
> /S/ Jason R. Smith
> ATTORNEY FOR CREDITOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: GWENDOLYN MAR          CASE NO. 20-10247
                                            CHAPTER 13

**CERTIFICATE OF SERVICE**

       I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Objection to Confirmation of the Chapter 13 Plan filed by U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF TIKI SERIES IV TRUST, AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Gwendolyn Mar<br>924 Solon Street<br>Gretna, LA 70053 | S. J. Beaulieu, Jr.<br>Trustee<br>433 Metairie Road<br>Suite 307<br>Metairie, LA 70005 |
| Jack W. Jernigan, III<br>Attorney at Law<br>829 Baronne Street<br>New Orleans, LA 70113 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130 |

by mailing this notice and a copy of the Objection to Confirmation of Chapter 13 Plan filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 15th day of April, 2020.

                                       DEAN MORRIS, L.L.C.
                                       1820 Avenue of America
                                       P. O. Box 15270
                                       Monroe, LA 71207-5270
                                       (318) 388-1440

                                       /S/ Jason R. Smith
                                       ATTORNEY FOR CREDITOR